**Electronically Filed
Supreme Court
SCPW-21-0000028
29-JAN-2021
09:06 AM
Dkt. 5 ODDP**

SCPW-21-0000028

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JOHN COLLEN, Plaintiff,

vs.

DIRECTOR OF THE DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAIʻI; SCOTT HARRINGTON; GARY KAPLAN; and NETTIE SIMMONS, Defendants.

---

ORIGINAL PROCEEDING

<u>ORDER DISMISSING COMPLAINT</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of plaintiff John Collen's complaint, filed on January 21, 2021, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner's request for monetary damages is not a remedy provided by this court. <u>See</u> HRS § 602-5(a). Accordingly,

IT IS HEREBY ORDERED that the complaint is dismissed.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the complaint without payment of the filing fees.

DATED: Honolulu, Hawaiʻi, January 29, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

